K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Jose Leon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AJIT S. GILL and SURINDER K. GILL dba HANDI STOP MARKET,<br><br>　　　　Defendants. | No.  1:11-CV-00514-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Jose Leon and Defendants Ajit S. Gill and Surinder K. Gill dba Handi Stop Market, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 7, 2012　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Jose Leon

///

///

*Leon v. Gill, et al.*
Stipulation for Dismissal

Page 1

1  Date: February 7, 2012                                    FISHER & PHILLIPS LLP

                                                             /s/ James Fessenden
                                                             James Fessenden, Attorneys for
                                                             Defendants Ajit S. Gill and Surinder K.
                                                             Gill dba Handi Stop Market

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 7, 2012**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

*Leon v. Gill, et al.*
Stipulation for Dismissal
                                         Page 2